IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EUGENE MORRIS                                                                                          PETITIONER

VS.                                    CASE NO. 4:05CV00357 JMM

LARRY NORRIS, Director,
Arkansas Department of Correction                                                          RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied.

SO ADJUDGED this   5   day of   December , 2005.


_____
UNITED STATES DISTRICT JUDGE